UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

GABRIEL L. JORDAN,

    Plaintiff,

v.

SAN FRANCISCO POLICE DEPT., et. al.,

    Defendants.

No. C 14-2149 NJV (PR)

**ORDER OF DISMISSAL**

This is a civil rights case filed pro se by a prisoner. Court records indicate that plaintiff previously filed this exact same complaint in Case No. C 14-2113 YGR (PR). The instant action is **DISMISSED** as duplicative and the earlier filed case will continue. See *Adams v. Cal. Dept. of Health Services*, 487 F.3d 684, 688 (9th Cir. 2007). The motions for leave to proceed in forma pauperis and for an extension (Docket Nos. 2, 5, 10) are **DENIED**.

**IT IS SO ORDERED.**

Dated: June 10, 2014.

NANDOR J. VADAS
United States Magistrate Judge

G:\PRO-SE\NJV\CR.14\Jordan2149.dis.wpd

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| GABRIEL L. JORDAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAN FRANCISCO POLICE DEPARTMENT, et al.,<br><br>　　　　Defendants.　　　　　　　　／ | No. 1:14-CV-02149 NJV<br><br><br>CERTIFICATE OF SERVICE |

I, the undersigned, hereby certify that on June 10, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Gabriel L. Jordan
AT1069
San Quentin State Prison
San Quentin, CA 94974

　　　　　　　　　　　　　　　　　　　　／s／ Linn Van Meter
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Linn Van Meter
　　　　　　　　　　　　　　　　　　　　Administrative Law Clerk to
　　　　　　　　　　　　　　　　　　　　the Honorable Nandor J. Vadas

2